JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Damien Minna, | ) | SACV 19-00888JVS(JDEx) |
| --- | --- | --- |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| v. | ) | SETTLEMENT OF CASE |
| Foothill-Pacific Towne Center, et al, | ) | |
| Defendant(s). | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 7/25/19

_____
James V. Selna
United States District Judge